(December 31, 1984)

■ In the Matter of the Application of CORRINE V. KACHADOURIAN, Petitioner, v NEW YORK STATE BOARD OF LAW EXAMINERS et al., Respondents. — Application by petitioner pursuant to subdivision 10 of section 90 of the Judiciary Law for disclosure to Special Term of certain documents relating to the February, 1984 Bar examination denied, without costs, and without prejudice to renewal in the event respondents' pending motion to dismiss the petition on objections in point of law is denied

thereby bringing the merits of the proceeding before the court for determination. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.